UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

Thomas,

                         Plaintiffs,

        -against-

Gelco Fleet Trust, et al.,

                         Defendant.
-----------------------------------------------------------------X

**ORDER RE STATUS CONFERENCE**

7:23-cv-07750-NSR-VR

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/2/2023

**VICTORIA REZNIK, United States Magistrate Judge:**

       A Status Conference (via telephone) is hereby scheduled for January 16, 2024 at 10 AM

The parties are to dial in to the ATT conference line at 877-336-1839, enter access code

5999739, then # to enter the conference. At the Status Conference, the parties should be prepared

to discuss the following:

       (1) a brief summary of claims, defenses, and relevant issues;
       (2) the basis of subject matter jurisdiction;
       (3) the subjects on which discovery may be needed;
       (4) any anticipated discovery disputes or sought-after limitations on discovery;
       (5) any plans for electronic discovery and ESI protocols;
       (6) any plans for confidentiality orders and orders relating to Fed. R. Evid. 502(d);
       (7) any anticipated motions; and
       (8) the prospects and timing for early settlement or resolution.

       **SO ORDERED.**

DATED:     White Plains, New York
                November 2, 2023

_____
VICTORIA REZNIK
United States Magistrate Judge