UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

**Thomas,**

                          Plaintiffs,

              -against-

**Gelco Fleet Trust, et al.,**

                          Defendant.

----------------------------------------------------------------X

**ORDER RE STATUS CONFERENCE**

7:23-cv-7750-NSR-VR

**VICTORIA REZNIK, United States Magistrate Judge:**

      A Status Conference (via telephone) is hereby scheduled for **September 24 , 2024   at 10:30 AM.**  The parties are to dial in to the ATT conference line at 877-336-1839, enter access code 5999739  and then # to enter the conference. At the Status Conference, the parties should be prepared to discuss the following:

      SO ORDERED.

DATED:    White Plains, New York
                September 16, 2024

_____
VICTORIA REZNIK
United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/16/2024