

**MEMO ENDORSED**

September 24, 2024

**Via ECF**

Hon. Nelson S. Roman
District Judge
United States District Court
300 Quarropas Street
White Plains, New York 10601

Re:   **Thomas v. Gelco Fleet Trust, TD Bank Financial Group, et al.
Case No.: 23-cv-07750**

Dear Judge Roman:

Please be advised that I represent the defendants in the above-referenced matter and am writing with consent and on behalf of all parties to request an adjournment of the case management conference currently scheduled to be held before your Honor on October 3, 2024 at 10:00 a.m.

By way of background, the parties appeared for a telephonic Status Conference before Magistrate Judge Reznik this morning to discuss the remaining discovery. Due to the fact that Plaintiff is currently scheduled for a Neurosurgical IME with the defendants' designated physician on October 8, 2024, Justice Reznik extended the deadline for the completion of discovery until November 15, 2024, and directed the parties to submit a joint status letter on October 31, 2024.

In light of the foregoing, and further due to the fact that the October 3, 2024 conference falls during the Rosh Hashanah Jewish holiday, of which plaintiff's counsel is observant, the parties respectfully request that the Court adjourn the October 3, 2024 conference to a date after November 15, 2024.

We thank the Court in advance for its consideration of this request.

Very truly yours,

David S. Kritzer

DSK:lc

**Endorsement:**

In light of the extension of the discovery deadlines, the parties' request to adjourn the Oct. 3, 2024 Status Teleconf is GRANTED. The Status Teleconf is adjourned until Dec. 11, 2024 at 11:00 am. Counsel are directed to this Court's Order at ECF No. 9 for dial-in instructions. Clerk of Court is requested to term. the motion at ECF No. 25.
Dated: October 1, 2024
White Plains, NY

SO ORDERED:
HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10/01/2024__

180 East Main St., Ste. 204 Smithtown, New York 11787