UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
THOMAS,

                         Plaintiff(s),          **ADJOURNMENT ORDER**

- against -

                                                       23 Civ. 7750 (NSR)

GELCO FLEET TRUST, et al.

                        Defendant(s).
-------------------------------------------------------x
NELSON S. ROMÁN, U.S.D.J.:

      The above case previously scheduled for a telephonic Status Conference on December 11, 2024 before United States District Judge Nelson S. Román, **is hereby adjourned** *sine die* pending the outcome of mediation.

      Counsel shall provide the Court with a written status update by February 6, 2025 concerning mediation – whether or not it's successful. If mediation is not successful, counsel are directed to file pre-motion letters seeking leave to file a dispositive motion within one (1) week of notifying the Court. Responses thereto shall be filed three (3) days thereafter. Courtesy copies shall be emailed to chambers.

      Alternatively, if counsel jointly decide to not seek leave to file dispositive motions, counsel shall notify the Court in writing and request the Court schedule a Pretrial Teleconference.

                                                                        SO ORDERED.

Dated: White Plains, New York
       December 6, 2024

                                                            Hon. Nelson S. Román, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/6/2024